# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DES STRAUGHN, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEMORIAL HOSPITAL & MANOR,<br><br>Defendant. | Case No. 1:25-cv-00023 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Des Straughn, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Dea Straughn, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Respectfully Submitted,

*/s/Andrew J. Shamis*
Andrew Shamis, Esq.
**SHAMIS & GENTILE, P.A.**
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,
*/s/ Andrew J. Shamis*
Andrew Shamis