IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DES STRAUGHN, | * |
| Plaintiff, | * |
| v. | Case No. : 1:25-CV-23 (WLS) |
| | * |
| MEMORIAL HOSPITAL AND MANOR, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 15, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of April, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk